Court Copy

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

JOSEPH W. HIGGINS, PLAINITIFF,

V.                                                       civil action: 3:11-cv-01821-PGS-TJB

STEPHEN J. BERNSTEIN, ET AL.,

AMENDMENT TO THE MOTION FOR TEMPORARY RESTRAINING ORDER

RECEIVED
OCT 0 6 2011
AT 8:30
WILLIAM T. WALSH
CLERK

The plaintiff hereby repeats and realleges and incorporates by reference the allegations in all paragraphs hereforth mention in above dockets with the same force and effect as if herein set forth.

> As to page 11 note statement: Latasha Solomon lives with the plaintiff at 311 summer ave, Newark nj 07104. The kids were taken from this home. Latasha Solomon have reviewed, read, understands and agrees with all of plaintiff's efforts on file in this case and all the dockets presented in this matter. Dr. Alexander Iofin is the Dr. refered too in the Motion for TRO. See his rating: http://www.vitals.com/doctors/Dr_Alexander_Iofin.html#reviews
>
> Latasha Solomon agrees that Dr. Iofin is fabricating Latasha's condition inorder to use this as evidence to take Latasha Solomon's Kids. The rating will show that this Dr. Has a pattern of fabricating reports as a sole bases to wrongfully commit: State Sanction Kidnapping.

We Joseph W. Higgins And Latasha Solomon do declare and sware under penalty of perjury that all above is true and correct.

Joseph W. Higgins
311 Summer Ave #2
Newark Nj 07104

Latasha Solomon   Oct 1, 2011
311 Summer Ave #2
Newark Nj 07104

2011 OCT -3 A 11: 44   U.S. DISTRICT COURT

2

**Name:** JOSEPH HIGGINS



| | |
|---|---|
| Sex: | M |
| DOB: | Sep 10, 1958 |
| Height: | |
| Weight: | 190 POUNDS |
| Race: | |
| Hair Color: | BLACK |
| Hair Length: | |
| Eye Color: | BROWN |
| Complexion: | |

### Inmate Information:

| | | | |
|---|---|---|---|
| Marital Status: | | SBI#: | 654559E |
| FBI: | 366953CA1 | State Prison#: | |
| Photo ID: | J201107497 | CCIS# | 07-40984( |
| Citizen: | | COB: | |

### Incarceration Information:

| | | | |
|---|---|---|---|
| Housing Section: | | Housing Block: | |
| Cell: | | Bed: | |
| Commitment Date: | 04/22/2011 | Release Date: | 08/05/2011 |

### Alias Information:
There are no aliases for this inmate.

### Bond Information:
Type:     Amount: $15,000.00     Status: Dismissed     Posted By:     Post  e: 08/04/2011

### Detainer Information:
There is no detainer information for this inmate.

### Charge Information:

| Case # | Description | Grade | Off Dat | Jurisdiction |
|---|---|---|---|---|
| | THREAT TO KILL | | 04/22/2 | |

| Comm Date | Dis Date | Conv Date | Sent Date | Sentenc | Sent Type |
|---|---|---|---|---|---|
| | | | | 0 Y, 0 M | D |

| Case # | Description | | Grade | Off Dat |
|---|---|---|---|---|
| | THREAT TO KILL | | | 04/22/2 |
| Comm Date | Dis Date | Conv Date | Sent Date | Sentenc |
| | 08/04/2011 | | | 0 Y, 0 N |

© Copyright 2003, Digital Solutions, Inc. All Rights Reserved

# COMPLAINT - SUMMONS

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| 0714 | S | 2010 | 001332 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

NEWARK MUNICIPAL COURT
31 GREEN STREET
NEWARK    NJ 07102
(973)733-6520  COUNTY OF: ESSEX

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 2 | | 09-88461 |

COMPLAINANT NAME: LATASHA SOLOMON
624 MARTIN L.KING BLVD
APT 3
NEWARK    NJ

*THE STATE OF NEW JERSEY*
*VS.*
JOSEPH W HIGGINS
ADDRESS: 311 SUMMER AVE
2ND FLOOR
NEWARK    NJ

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN  DOB: 09-10-1958
DRIVER'S LIC. #:                    DL STATE:
SOCIAL SECURITY #:                  SBI #:
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 11-23-2009 in NEWARK CITY, ESSEX County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY AND PURPOSELY COMMIT THE ACT OF TERRORISTIC THREATS SPECIFICALLY BY: TELLING THE COMPLAINANT(LATASHA SOLOMON)HE WOULD CUT THEIR 9 MONTH OLD FINGERS OFF.
IN VIOLATION OF N.J.S. 2C:12-3A

WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY AND PURPOSELY COMMIT THE ACT OF SIMPLE ASSAULT SPECIFICALLY BY: GRABBING THE COMPLAINANT BY HER NECK ATTEMPTING TO CHOKE HER.
IN VIOLATION OF N.J.S. 2C:12-1A

**NO BILL**
**RECEIVED**

Refer to Newark Municipal AP G. Brown 7/15/10

| in violation of: | | | |
|---|---|---|---|
| Original Charge | 1) 2C:12-3A | 2) 2C:12-1A | 3) |
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.
Signed: _____  GERMAINE POYOTTE    Date: 01-16-2010

The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

**SUMMONS:**
YOU ARE HEREBY SUMMONED to appear before this court to answer this complaint. If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

DATE TO APPEAR: 02-05-2010  TIME: 8:30am    GERMAINE POYOTTE    01-16-2010
                                              Signature of Person Issuing Summons    Date

☑ Domestic Violence – Confidential    ☐ Related Traffic Tickets or Other Complaints    ☐ Serious Personal Injury/ Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 7    NJ/CDR1 8/1/2005

*TONYA YOUNG*

## DEPT. OF CHILDREN AND FAMILIES
### INTER-OFFICE COMMUNICATION

*286567*

TO:     Modeyah/Cleo                          Date: 8/19/11

FROM:   Joanne Reed
        Newark Adoption Office

SUBJECT: Case Name:  Solomon
         NJS Number: 10117043

Please be advised that the above named case is scheduled for an Initial Return date on the Order to Show Cause on the Complaint for Guardianship on 9/28/11 at 1:30pm before Judge Stephen J. Bernstein, Superior Court of New Jersey, 212 Washington Street, 10th floor, Newark, N.J.

No materials were sent to Document Research Service for service upon Latasha Solomon (mother), Greg Boyd (father), Everett Coleman (father), Kareem Johnson (father), Joseph Higgins (father), or Mannix D. Washington (father) because their whereabouts are unknown to the Division.

Attached is a copy of the Order to Show Cause, Complaint for Guardianship, and Attachments. Please note that if, at the time of the Guardianship Hearing, all the appropriate parties (parents) have been properly served and have not appeared, the Court may hold those parents in default.

Please see me if you have any questions.

cc: Paralegal

EVIDENCE TO THE GRAND JURY THAT MR. JOSEPH W. HIGGINS IS INFACT INNOCENT OF ALL CRIMES AGAINST HIM

| | | |
|---|---|---|
| STATE OF NEW JERSEY | JOSEPH HIGGINS | USAM, |
| 9-11.010 | | |
| COUNTY OF ESSEX | P NO: 10000875 | |
| | CC NO: | |

**RECEIVED**

**JUN 2 1 2010**

**PATRICIA K. COSTELLO, AJSC**

TO: MEMBERS OF THE GRAND JURY
SWORN AFFIDAVIT OR DECLARATION OF TRUTH

FROM: LATASHA SOLOMON
624 MARTIN LUTHER KING BOULEVARD, APT 3
NEWARK, NJ 07102

BEFORE ME, the undersigned authority, personally appears LATASHA SOLOMON who, after being first duly sworn and cautioned upon her oath, deposes and states: The following below words by me is not being done under being coerced or placed under duress.

1. My name is Latasha Solomon, I live at 624 Martin luther king blvd, Newark, Nj 07102 #3, USA. I was born in Newark New Jersey, USA on March 12, 1982, and i am not a victim in this matter. Joseph W. Higgins has never hit me nor threaten my kids.

2. I am competent to testify, and have personal knowledge in the matter. On Nov 29, 2009, I went to the Newark Police Department and filed a civil complaint against Mr. Higgins. All the words said by me and explained to the police and the domestic violence court Judge Moore involving FV-07-001511-10; Police no. 09-88461 were false and not true. In addition, the actual words said about Mr. Hiiggins that i was willing to sign to under oath on Nov 29, 2009 is hereby attach to this writing as evidence of conflicting stories withrespect to any allege injuries alleged.. Namir was 11 months old on Nov 23, 2010, the allege offense date. I talk to Gegg Brown for first time June 18, 2010, explaining what is being explained in this sworn affidavit. It is noteworthy that i never went to any hospital claiming injuries and was pregnant with Mr. Higgins child on Nov 23rd 2009. On Dec 1, 2009, The Domestic Violence shelter i went to was because Dyfus threaten to take my kids if i didn't go.

3. On Nov 29, 2009, I went to the Newark District Police Department about an offence committed Nov 23, 2009, emotionally distressed and upset in thinking that Mr. Higgins and this other lady friend contacted the youth and family services on me with false intent to cause this Dyfus program to wrongfully take custody of my kids. See attach referral. I used Nov 23rd as the offence date because i knew he could justify is wareabouts on Nov 29, 2009. Not thinking, and emotionally upset, i went to the Newark Police department and made a false report on him.

4. It was after Nov 29, 2009, when i found out that it was not Mr. Higgins or his friend that made this call to Dyfus. So on Jan 5, 2010, i moved the court for a order of Dismissal. See attach order of Dismissal of the civil complaint and TRO. In fact, the prosecution was even told back then that Mr. Higgins was actually innocence of the civil

that the case was dismissed for lop- lack of prosecution. See below page of the Order of Dismissal. Its shows, it is further dismiss for lop. The Court contacted me and i told them the matter was not true. See attach dismissal order, next to x mark, dated Jan 5, 2010.

5. Not only did i find out that Mr. Higgins never made this call, but i also found out that it is actually Mr. Higgins who have discovered that Dyfus and youth and family services have been blotting to devise a scheme to falsly take legal custody of my kids. And it has been Mr. Higgins, who have been protecting me from the abrutrary intrusion by this family court Government. See attach U.S. Attorney Office letter dated June 3, 2010. requiring federal criminal investigation by the FBI.

6. After the Dismissal of the civil Complaint Jan 5, 2010, i declare upon personal knowledge that i never ever went back to the Government and signed, filed, or seeked a criminal prosecution against Mr. Higgins. Infact, i have never filed, signed, or seeked criminal prosecution against Mr. Higgins in life. And this civil complaint of Nov 29, 2009 was the first and only complaint i ever reported on Mr. Higgins with the Government and i was wrong when i did this. Upon information and belief, Me and Mr. Higgins believe that the issue date for this criminal complaint before the Grand Jury is Jan 16, 2010. I was never in contact with nobody on Jan 16, 2010 about Mr. Higgins in relation to a criminal case or any case. Jan 16, 2010 was a Saterday. See attach NJ automated complaint system complaint inquiry. Mr. Higgins proved that allegation about Jan 16, 2010 was false in a court hearing held June 4, 2010. And the court ordered the Division to strike all language pertaining to Jan 16, 2010 off the discovery of there file. See attach June 4, 2010 order.

7. Upon information and belief, Me and Mr. Higgins believes that it is Dyfus who started and is promoting the prosecution of this case after i dropped the Civil Complaint Jan 5, 2010. By picking this back up Jan 16, 2010. I state upon information and belief: Dyfus is using this prosecution as a bases or substance to claim immediate danger in taking legal custody of my kids. This is why the U.S. Attorney office is seeking federal investigation in the matter. See attach U.S. Attorney Letter..Lead FBI investigator Mareen Costello, phone number 973-792-3334. Open investigation is also with The U.S. Department of Justice in Washington, civil right criminal division. I have had a personal interview with Ms. Costello about the matter not being true about Mr. Higgins.

## CERTIFICATION

8. I, Latasha Solomon solemnly declare or swear under oath that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, i am subject to punishment.

(STATE OF NEW JERSEY )
ss:
(COUNTY OF ESSEX )

Sworn to and subscribed before me this 21st day of ...Jxx..2010, by LATASHA SOLOMON, who personally appeared before me, is personally known to me or produced State of New Jersey ID as identification, and did take an oath.

Latasha Solomon
624 Martin Luther King Blvd #3
Newark Nj 07102

x _Latha Sol_

OFFICIAL SEAL
GAVIN L. JONES
Notary Public-New Jersey
PASSAIC COUNTY
My Commission Expires
August 06, 2013

Case 3:11-cv-1821 (PGS) (TJB)